UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANAA WARREN,

          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

21-CV-8140 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/10/2023

**BARBARA MOSES, United States Magistrate Judge.**

      The deadline for the Commissioner to file a response to plaintiff's motion for attorneys' fees, dated June 12, 2023 (Dkt. 36) was June 26, 2023; however, no response has been filed. No later than **July 14, 2023**, the Commissioner shall file a response to plaintiff's motion. If no response is filed by that date, the Court will consider plaintiff's motion unopposed.

Dated: New York, New York
        July 10, 2023

                                              **SO ORDERED.**

                                              _____
                                              **BARBARA MOSES**
                                              **United States Magistrate Judge**